LESLIE R. WEATHERHEAD, WSBA #11207
J. CHRISTOPHER LYNCH, WSBA #17462
RHETT V. BARNEY, WSBA #44764
LEE & HAYES, PLLC
601 W. Riverside Avenue, Suite 1400
Spokane, WA 99201
Phone: (509) 324-9256; Fax: (509) 323-8979
Emails: lesliew@leehayes.com
  chris@leehayes.com
  rhettb@leehayes.com

*Counsel for Plaintiffs OTR Wheel Engineering, Inc., Blackstone/OTR, LLC, and F. B. T. Enterprises, Inc.*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| OTR WHEEL ENGINEERING, INC., BLACKSTONE/OTR, LLC, and F. B. T. ENTERPRISES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> WEST WORLDWIDE SERVICES, INC., and SAMUEL J. WEST, individually, and his marital community, <br><br> Defendants. | No. 2:14-CV-00085-LRS <br><br> STIPULATION OF CONFIDENTIALITY PROTECTION AND FEDERAL RULE OF EVIDENCE 502(d) ORDER |

Pursuant to this Stipulation, the parties, through their counsel, agree as follows:

STIPULATION OF CONFIDENTIALITY PROTECTION AND
FEDERAL RULE OF EVIDENCE 502(d) ORDER - 1

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509)324-9256 Fax: (509)323-8979

1. The parties, by and through their counsel, stipulate and agree that certain documents and other information and materials in this lawsuit that will be exchanged in discovery or otherwise are confidential and/or proprietary and/or contain trade secrets. This Stipulation of Confidentiality Protection – and any designation of a document, material or information (whether written, graphic or electronic) as "CONFIDENTIAL" or "CONFIDENTIAL-ATTORNEY'S EYES ONLY" under this Stipulation – is intended solely to facilitate the preparation and trial of this case. Any such designation under this Stipulation of Confidentiality Protection shall not be construed as an admission or an agreement by any party:

    a. That the designated disclosure constitutes or contains confidential or proprietary or trade secret information; or

    b. That any document, material or information, or any portion thereof, constitutes competent, material, relevant or admissible evidence in this case.

2. DEFINITIONS:

    a. When used herein, the word "document" means all written, recorded, or graphic matter whatever, including but not limited to interrogatory answers, responses to requests for admission, documents produced in response to document requests or voluntarily, including writings, drawings, graphs, charts, maps or other materials within the

STIPULATION OF CONFIDENTIALITY PROTECTION AND
FEDERAL RULE OF EVIDENCE 502(d) ORDER - 2

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509)324-9256 Fax: (509)323-8979

contemplation of Federal Rule of Civil Procedure 34, deposition testimony, deposition transcripts and exhibits, trial exhibits, hearing or trial transcripts, any portion or summary of any of the foregoing, and any other papers that quote from, reflect, reveal or summarize any of the foregoing.

    b. "Confidential Information" means such information that:

        i. is used by a party in, or pertaining to, its business, which information is not generally known and which that party would normally not reveal to third parties or, if disclosed, would require such third parties to maintain in confidence; or

        ii. which may reasonably have the effect of harming the business operations or competitive position of the producing party, or a party in privity with the producing party, or would violate an obligation of confidentiality to a third person, including a court

    c. "Confidential – Attorney's Eyes Only" means such information that:

        iii. particularly sensitive technical information relating to research for and production of current products, technical, business and research information regarding future products, highly sensitive financial information and marketing plans and forecasts, customer lists, pricing data, cost data, customer

STIPULATION OF CONFIDENTIALITY PROTECTION AND
FEDERAL RULE OF EVIDENCE 502(d) ORDER - 3

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509)324-9256 Fax: (509)323-8979

orders, customer quotations, as well as such other documents, information or materials that relate to other proprietary information that the producing party reasonably believes is of such nature and character that disclosure of such information would be harmful to the producing party; or

  iv. trade secrets.

 d. When used herein, "Confidential Material" means any and all documents or things that contain, reflect or reveal Confidential Information.

3. This Stipulation of Confidentiality Protection shall not be construed as a waiver by any party of the right to contest the designation of documents as "CONFIDENTIAL" or "CONFIDENTIAL-ATTORNEY'S EYES ONLY" under this Stipulation of Confidentiality Protection. Any party desiring to contest the protected designation of specific documents as "CONFIDENTIAL" or "CONFIDENTIAL-ATTORNEY'S EYES ONLY" shall give the producing party notice in writing including the listing and/or specific description of any such document. Unless the producing party agrees to remove the designation of "CONFIDENTIAL" or "CONFIDENTIAL-ATTORNEY'S EYES ONLY" on the documents that are the subject of the contest within fifteen (15) days, the producing party shall promptly request a hearing and file any necessary moving papers expeditiously. Pending a

STIPULATION OF CONFIDENTIALITY PROTECTION AND
FEDERAL RULE OF EVIDENCE 502(d) ORDER - 4

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509)324-9256 Fax: (509)323-8979

Court determination, no document designated as "CONFIDENTIAL" or "CONFIDENTIAL-ATTORNEY'S EYES ONLY" under this Order shall be disseminated other than as provided by this Order unless otherwise ordered by the Court or as stipulated by the parties.

4. No party shall be obligated to challenge the propriety or correctness of the designation of information as CONFIDENTIAL or CONFIDENTIAL-ATTORNEY'S EYES ONLY, and a failure to do so shall not preclude a subsequent challenge to such status.

5. The parties, and law firms appearing as their counsel of record, may only make use of CONFIDENTIAL or CONFIDENTIAL-ATTORNEY'S EYES ONLY documents and materials produced by persons subject to this Stipulation of Confidentiality Protection as the preparation of this case and trial may reasonably require, but in so doing shall disclose such documents or materials only to such persons, including parties, their employees, counsel of record and their employees, insurers and their employees, and witnesses, and prospective witnesses, including testifying and consulting experts, involved in the litigation process who must have the information from such documents and materials for purposes of preparation of this case and trial.

6. The parties, and law firms appearing as their counsel of record, may not make use of CONFIDENTIAL or CONFIDENTIAL-ATTORNEY'S EYES ONLY

STIPULATION OF CONFIDENTIALITY PROTECTION AND
FEDERAL RULE OF EVIDENCE 502(d) ORDER - 5

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509)324-9256 Fax: (509)323-8979

1  information for any purpose other than this pending litigation, including without
2  limitation, any competitive or business purpose.

3      7.    Any party and/or experts desiring to do so may render any documents
4  and materials produced by itself or any other party in response to a written discovery
5  request CONFIDENTIAL or CONFIDENTIAL-ATTORNEY'S EYES ONLY and
6  restricted and subject to the terms and prohibitions of this Stipulation of
7  Confidentiality Protection by designating such document or material as herein
8  provided. Designation shall be made by affixing to the documents, electronic material
9  or written response the words: "CONFIDENTIAL, DOCUMENT SUBJECT TO
10  PROTECTIVE ORDER" or "CONFIDENTIAL-ATTORNEY'S EYES ONLY,
11  DOCUMENT SUBJECT TO PROTECTIVE ORDER."

12  A designation shall subject the document or material, and its contents, to this
13  Stipulation of Confidentiality Protection without any further act on the part of the
14  person desiring confidentiality.

15  No party or expert shall designate a document as "CONFIDENTIAL" or
16  "CONFIDENTIAL-ATTORNEY'S EYES ONLY" pursuant to this Stipulation of
17  Confidentiality Protection unless that party has a good faith belief that the document
18  contains or may contain or constitute trade secret, proprietary or other confidential
19  information that is the necessary subject of a protective order.
20

STIPULATION OF CONFIDENTIALITY PROTECTION AND
FEDERAL RULE OF EVIDENCE 502(d) ORDER - 6

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509)324-9256 Fax: (509)323-8979

Any information that is designated "CONFIDENTIAL" or "CONFIDENTIAL-ATTORNEY'S EYES ONLY" shall be immediately and at all times hereafter maintained and kept confidential, as subject to this Stipulation of Confidentiality Protection.

8. Prior to dissemination of any information from CONFIDENTIAL or CONFIDENTIAL-ATTORNEY'S EYES ONLY documents or materials, to any witness, prospective witness or other person (except any court personnel or court reporter), counsel so disseminating shall maintain in a log, the name, address, place of employment, and employment capacity of each such person who is to receive such information, evidencing that such person has executed the undertaking set out in paragraph 13 and Exhibit A.

9. The parties of record have the right to have persons present in the inspection room at all times during the other party's inspection of any trade secret original documents and materials. The original trade secret documents and materials produced under the terms of this Stipulation of Confidentiality Protection shall remain in the custody and control of the producing party at all times.

10. Absent Court Order to the contrary, all documents and materials, and copies of documents and materials, subject to this Stipulation of Confidentiality Protection shall be returned and surrendered to the producing party or person upon

STIPULATION OF CONFIDENTIALITY PROTECTION AND
FEDERAL RULE OF EVIDENCE 502(d) ORDER - 7

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509)324-9256 Fax: (509)323-8979

the conclusion of this lawsuit. Conclusion shall be taken and construed as the date sixty (60) days following the entry of a final, non-appealable order disposing of this lawsuit. Upon such conclusion, counsel of record shall notify counsel for the producing party of compliance but shall not be required to make any oath. Counsel shall make a reasonable effort to retrieve any document or information subject to this Order from any party or non-party witness to whom such information has been given, and shall notify counsel for the producing party of the failure to retrieve any such information. Such notification shall include descriptive detail of any document or material not returned.

This Stipulation of Confidentiality Protection shall remain in full force and effect and each person subject to this Order shall continue to be subject to the jurisdiction of this Court, for the purposes of this Order, in perpetuity, and the Court shall not be divested of jurisdiction of any person or of the subject matter of this Order by the occurrence of conclusion of this case, or by the filing of a notice of appeal, or other pleading that would have the effect of divesting this Court of jurisdiction of this matter generally.

11. **Federal Rule of Evidence 502(d) Order.** The parties request and stipulate that the Court issue an Order as provided in Federal Rule of Evidence 502(d) providing that disclosure of privileged material in the discovery process shall not constitute a waiver of any privilege in this or any other proceeding. Further,

STIPULATION OF CONFIDENTIALITY PROTECTION AND
FEDERAL RULE OF EVIDENCE 502(d) ORDER - 8

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509)324-9256 Fax: (509)323-8979

inadvertent production shall not be asserted as a ground for seeking an order later compelling production of the material inadvertently disclosed. Privileged documents must be returned to the disclosing party "irrespective of the care taken by" the party in reviewing them prior to production.

12. No person who examines any information that is protected by this Stipulation of Confidentiality Protection shall disseminate orally, or by any other means, any CONFIDENTIAL or CONFIDENTIAL-ATTORNEY'S EYES ONLY information other than as permitted by this Order.

All portions of deposition transcripts that relate to information protected by this Stipulation of Confidentiality Protection shall be kept confidential. Any party may designate specific pages as confidential by written notification to all counsel within fifteen (30) days of the receipt of the written deposition transcript. Such designated portions will be kept confidential and may, if requested, be separately transcribed. If any party intends to file a protected document or a protected portion of a deposition transcript with the Court, and if there is no dispute as to the protected status of the document or deposition transcript, then the parties shall so stipulate and jointly petition the Court that the document or deposition transcript be filed under seal and not made part of the public record. If there is a dispute as to whether a document or a portion of a deposition is protected and a party intends to file the same with the Court, the party intending to use the claimed protected

STIPULATION OF CONFIDENTIALITY PROTECTION AND
FEDERAL RULE OF EVIDENCE 502(d) ORDER - 9

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509)324-9256 Fax: (509)323-8979

document or portion of the deposition shall give the other parties at least ten (10) days' written notice so as to give them the opportunity to move the Court for leave to have the materials filed under seal. If any party intends to offer a protected document or protected portion of a deposition into evidence at trial, that party shall notify the party asserting confidentiality, and the party asserting confidentiality shall so notify the Court and the Court will then consider what steps, if any, should be taken to protect the confidential information. The party offering such evidence shall have no responsibility to notify the Court as to the claim of confidentiality.

13. Each person examining any protected documents or information pursuant to this Stipulation of Confidentiality Protection shall, in writing as outlined in EXHIBIT A, first agree to submit himself or herself to the jurisdiction of this Court, shall agree to be bound by this Order and shall agree to keep all information received confidential as herein provided.

14. Nothing contained in this Stipulation of Confidentiality Protection shall constitute a waiver of any party's right to assert that CONFIDENTIAL or CONFIDENTIAL-ATTORNEY'S EYES ONLY information or material is entitled to greater protection and/or limitation of access than afforded by this Stipulation of Confidentiality Protection, including an assertion that certain such information or materials should not be produced at all. In the event that counsel for any party asserts

STIPULATION OF CONFIDENTIALITY PROTECTION AND
FEDERAL RULE OF EVIDENCE 502(d) ORDER - 10

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509)324-9256 Fax: (509)323-8979

Case 2:14-cv-00085-LRS   Document 90   Filed 09/22/14

1  that CONFIDENTIAL or CONFIDENTIAL-ATTORNEY'S EYES ONLY
2  information or material is entitled to such greater protection and/or limitation of
3  access, counsel shall confer with counsel for all other parties in an effort to resolve
4  the matter. If resolved by agreement, counsel shall submit a stipulated form of Order
5  to the Court reflecting any terms of agreement providing any such greater protection
6  or limitations of access than otherwise provided by this Stipulation of Confidentiality
7  Protection. In the absence of agreement, any party may move the Court for an Order
8  further protecting, limiting or denying access.

9   15.   References to person in this Stipulated Protective Order of
10 Confidentiality shall be taken and construed to refer to natural persons, and to
11 corporations and other entities.

12 **IT IS HEREBY SO ORDERED.**

13    DATED THIS 22nd day of September, 2014.

_____
Honorable Lonny R. Suko

STIPULATION OF CONFIDENTIALITY PROTECTION AND
FEDERAL RULE OF EVIDENCE 502(d) ORDER - 11

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509)324-9256 Fax: (509)323-8979

Respectfully submitted this ___ day of September, 2014, by the parties jointly.

LEE & HAYES, PLLC

By: /s/ Leslie R. Weatherhead
Leslie R. Weatherhead, WSBA #11207
J. Christopher Lynch, WSBA #17462
Rhett V. Barney, WSBA #44764
Lee & Hayes, PLLC
601 W. Riverside Avenue, Suite 1400
Spokane, WA 99201
Phone: (509) 324-9256
Emails: lesliew@leehayes.com
chris@leehayes.com
rhettb@leehayes.com

Counsel for Plaintiffs OTR Wheel Engineering, Inc., Blackstone/OTR, LLC, and F. B. T. Enterprises, Inc.

LIVENGOOD ALSKOG, PLLC

By: /s/
Thomas K. Windus, WSBA #7779
John J. White, Jr., WSBA #13682
Kevin B. Hansen, WSBA #28349
121 Third Avenue, P.O. Box 908
Kirkland, WA 98083-0908
Phone: 425-822-9281
Fax: 425-828-0908
Email: windus@livengoodlaw.com
white@livengoodlaw.com
hansen@livengoodlaw.com

Counsel for Defendants West Worldwide Services, Inc. and Samuel J. West

STIPULATION OF CONFIDENTIALITY PROTECTION AND
FEDERAL RULE OF EVIDENCE 502(d) ORDER - 12

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509)324-9256 Fax: (509)323-8979

Respectfully submitted this ____ day of _____, 2014, by the parties jointly.

Counsel for Plaintiffs OTR Wheel Engineering, Inc., Blackstone/OTR, LLC, and F. B. T. Enterprises, Inc.

By: _____
Leslie R. Weatherhead, WSBA #11207
J. Christopher Lynch, WSBA #17462
Rhett V. Barney, WSBA #44764
Lee & Hayes, PLLC
601 W. Riverside Avenue, Suite 1400
Spokane, WA 99201
Phone: (509) 324-9256
Emails: lesliew@leehayes.com
        chris@leehayes.com
        rhettb@leehayes.com

Counsel for Defendants West Worldwide Services, Inc. and Samuel J. West.

By: _____
R. Sc
Christine Lebrón Dykeman
Alexandria M. Christian
MCKEE, VOORHEES & SEASE, P.L.C.
801 Grand Avenue, Ste. 3200
Des Moines, IA 50309
Ph: 515-288-3667
Fax: 515-288-1338
Email: scott.johnson@ipmvs.com
Email: christine.lebron-dykeman@ipmvs.com
Email: alex.christian@ipmvs.com

Thomas K. Windus, WSBA #7779
John J. White, Jr., WSBA #13682
Kevin B. Hansen, WSBA #28349
LIVENGOOD ALSKOG, PLLC

STIPULATION OF CONFIDENTIALITY PROTECTION AND
FEDERAL RULE OF EVIDENCE 502(d) ORDER - 13

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509)324-9256 Fax: (509)323-8979