1  LESLIE R. WEATHERHEAD, WSBA #11207
   J. CHRISTOPHER LYNCH, WSBA #17462
2  GEANA M. VAN DESSEL, WSBA #35969
   RHETT V. BARNEY, WSBA #44764
3  LEE & HAYES, PLLC
   601 W. Riverside Avenue, Suite 1400
4  Spokane, WA  99201
   Phone: (509) 324-9256
5  Fax: (509) 323-8979
   Emails: lesliew@leehayes.com
6          chris@leehayes.com
           geanav@leehayes.com
7          rhettb@leehayes.com

8  *Counsel for Plaintiffs OTR Wheel Engineering, Inc.,*
   *Blackstone/OTR, LLC, and F. B. T. Enterprises, Inc.*

9

10          **UNITED STATES DISTRICT COURT**
           **EASTERN DISTRICT OF WASHINGTON**

11

12  OTR WHEEL ENGINEERING, INC.,        No. 2:14-CV-00085-LRS
    BLACKSTONE/OTR, LLC, and
    F. B. T. ENTERPRISES, INC.,
13                                      FIRST AMENDED COMPLAINT
                        Plaintiffs,     FOR REGISTERED TRADE DRESS
14                                      AND TRADEMARK
                                        INFRINGEMENT, UNFAIR
15      vs.                             COMPETITION, TRADE SECRET
                                        MISAPPROPRIATION, TORTIOUS
16  WEST WORLDWIDE SERVICES,            INTERFERENCE WITH BUSINESS
    INC., SAMUEL J. WEST,               RELATIONS, DECEPTIVE TRADE
17  individually, and his marital       PRACTICES, AND UNJUST
    community; SSL Holdings, Inc.; SSL  ENRICHMENT
    Global Inc.; SSL China LLC; and
18  Qingdao STW Tire Co. Ltd.;
19                                      **With Demand for Jury Trial**
                        Defendants.

20

21  AMENDED COMPLAINT - 1

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington  99201
Telephone: (509)324-9256 Fax: (509)323-8979

1      1.      OTR Wheel Engineering, Inc.,[1] Blackstone/OTR, LLC, and F.B.T.

2  Enterprises, Inc. (collectively, "OTR" or "Plaintiffs"), pursuant to 15 U.S.C. §§

3  1114, 1116(d), and 1125(a); pursuant to R.C.W. § 19.86.090; pursuant to R.C.W.

4  §19.108.020; and pursuant to common law, bring this Complaint against Samuel

5  J. West, individually, and against his marital community, and against his

6  companies West Worldwide Services, Inc.; SSL Holdings, Inc.; SSL Global Inc.;

7  SSL China, LLC; and Qingdao STW Tire Co. Ltd. (collectively "West" or

8  "Defendants"), and respectfully allege as follows:

9                          **INTRODUCTION**

10     2.      OTR brings this suit against Defendants for unlawfully counterfeiting

11  OTR's market-leading "*Outrigger* tire," a specialty tire used for aerial work

12  platforms ("AWPs"). Defendants' unlawful counterfeit tires are referred to herein

13  as "the Counterfeit Tires."

14     3.      OTR's *Outrigger* tire is protected by a variety of intellectual property

15  rights (collectively "the OTR Intellectual Property Rights") including: (i) U.S.

16  Trademark Registration No. 2,288,934 for OUTRIGGER ("the '934 Registration"

17  or "the OUTRIGGER Word Mark"); (ii) U.S. Trademark Registration No.

18  2,652,821 for a light gray tire tread ("the '821 Registration" or "the Gray Color

19  _____

20  [1] OTR Wheel Engineering, Inc. was formerly known as Wheel and Rim Supply, Inc.

21  AMENDED COMPLAINT - 2

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509)324-9256 Fax: (509)323-8979

Mark"); (iii) U.S. Trademark Registration No. 4,220,169 for a tread-surface design ("the '169 Registration" or "the *Outrigger* Trade Dress");  (iv) U. S. Patent No. 6, 955,199 for tires with non-marking tread, as some *Outrigger* tires are made; and (v) OTR's considerable trade secrets ("the OTR Trade Secrets") in the proprietary methods and techniques, compositions of materials, formulae, build instructions, specialized equipment, and molds that are used in the production of the *Outrigger* tire. OTR's three U.S. Trademark Registrations at issue here (i.e. the '934 Registration, the '821 Registration, and the '169 Registration,) are referred to collectively as "the OTR Marks."

4.      Defendants have unlawfully counterfeited OTR's *Outrigger* tire in an elaborate international scheme. This unlawful counterfeiting activity (i) infringes the OTR Marks, (ii) misappropriates the OTR Trade Secrets, (iii) interferes with OTR's business relationships, (iv) comprises deceptive acts and practices in trade and commerce, (v) is unfair competition, and (vi) has unjustly enriched the Defendants. OTR therefore brings this action (i) to recover damages caused by Defendants' unlawful counterfeiting activity; (ii) to enjoin Defendants from engaging in unlawful counterfeiting activity; and (iii) to recover or destroy any Counterfeit Tires and their means of production that Defendants have in their possession or control.

AMENDED COMPLAINT - 3

1

## **PARTIES, JURISDICTION AND VENUE**

2    5.    The OTR Plaintiffs are three related companies founded by Mr.

3    Frederick B. Taylor of Rome, Georgia.

4    6.    Plaintiff OTR Wheel Engineering, Inc. ("OTR Wheel") is a Georgia

5    corporation with its principal place of business at 6 Riverside Industrial Park,

6    Rome, Georgia 30161.  Under Mr. Taylor's direction, OTR Wheel designed the

7    *Outrigger* tire.

8    7.    Plaintiff Blackstone/OTR, LLC ("Blackstone") is a Georgia limited

9    liability company with its principal place of business at 6 Riverside Industrial

10    Park, Rome, Georgia 30161.  Blackstone is a licensee of the OTR Intellectual

11    Property Rights with authority to make, have made, import, export, market,

12    promote, advertise, offer for sale, and sell the *Outrigger* tire in the United States

13    and elsewhere.  Blackstone has a facility in Moses Lake, Washington.

14    8.    Plaintiff F.B.T. Enterprises, Inc. ("F.B.T.") is a Georgia corporation

15    with its principal place of business at 6 Riverside Industrial Park, Rome, Georgia

16    30161.    F.B.T. is the owner of the OTR Intellectual Property Rights in the

17    *Outrigger* tire.

18    9.    OTR Wheel, Blackstone, and F.B.T. work together in cooperation to

19    design, protect, manufacture, import, export, market, and sell numerous specialty

20

21    AMENDED COMPLAINT - 4

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington  99201
Telephone: (509)324-9256 Fax: (509)323-8979

1  wheel and tire products, including the *Outrigger* tire and related wheels,

2  assemblies, parts, and services in the United States and abroad.

3       10.    The West Defendants are Mr. West, plus five related companies

4  founded by and controlled by Mr. West which all conspired to and engaged in the

5  unlawful counterfeiting activity alleged herein. These five corporate defendants

6  are identified below.

7       11.    Defendant West Worldwide Services, Inc. ("WWSI") is an Iowa

8  corporation with a principal place of business at 26378 289th Place, Adel, Iowa

9  50003, and a legal presence in this judicial district at 1020 N. Stratford Road and

10  151 S. Hamilton, Moses Lake, WA 98837.  WWSI has applied for authority to

11  conduct business in the State of Washington. WWSI is wholly owned by

12  Defendant SSL Holdings, Inc. ("SSL Holdings".) At times relevant hereto, SSL

13  Holdings and WWSI have shared identical board members and officers and

14  WWSI has acted as alleged herein at the direction of SSL Holdings and/or those

15  directors and officers.   On information and belief, WWSI is inadequately

16  capitalized for the liability it has incurred in its role in the scheme to manufacture,

17  ship, and sell the Counterfeit Tires.

18       12.    Defendant SSL Holdings, Inc. ("SSL Holdings") is an Iowa

19  corporation with a principal place of business at 26378 289th Place Adel, Iowa

20  50003. SSL Holdings has not applied for authority to conduct business in the State

21  AMENDED COMPLAINT - 5

1  of Washington, but its acts as alleged herein have affected commerce and OTR's

2  rights in this state and in this judicial district. SSL Holdings is the parent

3  corporation of Mr. West's other Defendant companies, WWSI, SSL China, SSL

4  Global, and Qingdao STW. On information and belief, SSL Holdings shares board

5  members, officers and/or members with WWSI, SSL China, SSL Global and

6  Xingati SSL Tire Co. Ltd. On information and belief, SSL Holdings is

7  inadequately capitalized for the liability it has incurred in its role in the scheme to

8  manufacture, ship, and sell the Counterfeit Tires.

9      13.    Defendant SSL Global Inc. ("SSL Global") is an Iowa corporation

10  with its principal place of business at 26378 289th Place Adel, Iowa 50003. SSL.

11  SSL Global has not applied for authority to conduct business in the State of

12  Washington, but its acts as alleged herein have affected commerce and OTR's

13  rights in this state and in this judicial district. SSL Global is wholly owned by

14  Defendant SSL Holdings. At times relevant hereto, SSL Holdings and SSL Global

15  have shared identical board members and officers and SSL Global has acted as

16  alleged herein at the direction of SSL Holdings and/or its directors and officers.

17  On information and belief, SSL Global is inadequately capitalized for the liability

18  it has incurred in its role in the scheme to manufacture, ship, and sell the

19  Counterfeit Tires.

20

21  AMENDED COMPLAINT - 6

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509)324-9256 Fax: (509)323-8979

14.    Defendant SSL China, LLC ("SSL China") is an Iowa limited liability company with its principal place of business at 26378 289th Place Adel, Iowa 50003. SSL China has not applied for authority to conduct business in the State of Washington, but its acts as alleged herein have affected commerce and OTR's rights in this state and in this judicial district. SSL China is wholly owned by Defendant SSL Holdings. On information and belief, at times relevant hereto, SSL Holdings and SSL China have shared identical directors, members and/or officers and SSL China has acted as alleged herein at the direction of SSL Holdings and/or its directors and officers. On information and belief, SSL China is inadequately capitalized for the liability it has incurred in its role in the scheme to manufacture, ship, and sell the Counterfeit Tires.

15.    On information and belief, Defendant Qingdao STW Tire Co. Ltd., ("Qingdao STW") is an incorporated Chinese "foreign-owned entity" wholly owned by Defendant SSL China, which is wholly owned by Defendant SSL Holdings. Qingdao STW has a U.S. IRS Tax Identification Number (issued March 2, 2012) and Mr. West has claimed to own Qingdao STW and to operate it from the United States. Qingdao has not applied for authority to conduct business in the State of Washington, but its acts as alleged herein have affected commerce and OTR's rights in this state and in this judicial district. On information and belief, at times relevant hereto, SSL Holdings, SSL China, and Qingdao have shared

AMENDED COMPLAINT - 7

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington  99201
Telephone: (509)324-9256 Fax: (509)323-8979

1    identical directors, members, and/or officers, and Qingdao has acted as alleged

2    herein at the direction of SSL Holdings, SSL China, and/or their directors,

3    members, and officers. On information and belief, Qingdao is inadequately

4    capitalized for the liability it has incurred in its role in the scheme to manufacture,

5    ship, and sell the Counterfeit Tires.

6        16.    Samuel J. West is a resident of Iowa, residing at 12747 Highway 61,

7    Burlington, Iowa 52601.  On information and belief, Mr. West is the founder and

8    majority owner of SSL Holdings, and thus all of the Defendant companies that

9    comprise West, including WWSI, SSL Global, SSL China, and Qingdao STW.

10   Mr. West is responsible for the day-to-day decision-making of West, including all

11   of the Defendants' actions alleged herein to be unlawful which have affected

12   Plaintiffs' interests in Washington and this judicial district. On information and

13   belief, the companies that comprise West are operated as Mr. West's alter ego and

14   are so operated from within the United States.  Mr. West is a married individual

15   and all actions against Mr. West herein are alleged against him and his marital

16   community, and all relief is sought from him and his marital community.

17       17.    On information and belief, Xingtai SSL Tire Co. Ltd. ("Xingtai SSL")

18   is an incorporated Chinese "foreign-owned entity" wholly owned by Defendant

19   SSL Holdings. Xingtai SSL has not applied for authority to conduct business in

20   the State of Washington. On information and belief, at times relevant hereto, SSL

21   AMENDED COMPLAINT - 8

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington  99201
Telephone: (509)324-9256 Fax: (509)323-8979

Holdings, SSL China, and Xingtai SSL have shared identical directors, members, and/or officers, and Xingtai has acted as alleged herein at the direction of SSL Holdings and SSL China. Xingati SSL's role in the counterfeiting activity alleged herein, if any, is currently unknown and, thus, Xingtai SSL is not identified as a Defendant this time, but Xingtai SSL is identified in these allegations in order to present a complete list of the related companies at Mr. West's disposal in the conduct of his operations.

18.    On information and belief, Michael Zhang is a citizen of the Peoples' Republic of China. Mr. Zhang formerly worked for OTR's partner/inventor Camoplast Solideal of Canada ("Solideal") and he also worked for one of Solideal's Chinese tire manufacturers "Superhawk" at times relevant hereto. Mr. Zhang speaks English; he is aware of and was obligated by Solideal's Confidentiality Obligations with Superhawk.

19.    At the direction of Mr. West, his companies WWSI, SSL Holdings, SSL Global, SSL China, and Qingdao STW, along with Mr. Zhang, unlawfully conspired to and did manufacture, fill, mount, export, import, market, test, sell, and deliver the Counterfeit Tires into the United States and the State of Washington, as well as by manufacturing, filling, mounting, exporting, importing, testing, delivering and selling the Counterfeit Tires outside the United States.

AMENDED COMPLAINT - 9

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509)324-9256 Fax: (509)323-8979

Each of the Defendant companies that comprise West participated in this international scheme to profit from the Counterfeit Tires.

20.     This civil action arises under the Lanham Act of the United States, 15 U.S.C. § 1051 *et seq.*  This Court has original subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1338(a)-(b) and 15 U.S.C. § 1121, and the principles of supplemental jurisdiction, 28 U.S.C. § 1367.  This Court also has original subject matter jurisdiction pursuant to 28 U.S.C. § 1332 because there is complete diversity of citizenship between the parties and the amount in controversy exceeds the sum of $75,000.00, exclusive of fees, interest and costs.

21.     Personal jurisdiction is proper as to Defendant West Worldwide Services, Inc. because, *inter alia*, it maintains a registered agent and is authorized to and does transact business in the State of Washington. Personal jurisdiction is proper as to Defendants SSL Holdings, SSL Global, SSL China, and Qingdao STW because, *inter alia,* they undertook unlawful acts directed at OTR's interests in Washington State and which affect OTR's interests in Washington State. Qingdao STW also exported Counterfeit Tires to WWSI via ports in the State of Washington.

22.     Personal jurisdiction is proper as to Samuel West, who directed the activities alleged against him in the State of Washington, including importation of the infringing tires into Washington, warehousing, shipping, advertising,

AMENDED COMPLAINT - 10

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509)324-9256 Fax: (509)323-8979

1  promotion, marketing, testing, sales and delivery of the Counterfeit Tires in

2  Washington and this judicial district.

3     23.     Venue is proper in this district under 28 U.S.C. § 1391 because the

4  Defendants transact business in this district, a substantial part of the events giving

5  rise to Plaintiffs' claims arose in this district, and the effects of Defendants'

6  unlawful actions are felt in this district where Plaintiffs compete with Defendants.

7  Venue is also proper in this district over Qingdao STW under 28 U.S.C. §

8  1391(c)(3) as a foreign entity.

9                    **OTR's BUSINESS and INTELLECTUAL PROPERTY**

10     24.     OTR manufactures and distributes wheels, tires, mounted tire/wheel

11  assemblies, rubber tracks and cast products. The *Outrigger* tire is one of OTR's

12  leading products. Since as early as 1997, OTR has sold the *Outrigger* tire which is

13  manufactured in accordance with the OTR Trade Secrets, and which is promoted

14  and sold using the OTR Marks. OTR's distinctive *Outrigger* tire has earned its

15  place as the market leader in the growing global market for AWPs.

16     25.     The *Outrigger* tire has excellent build quality. For many years, OTR

17  has invested in research and development into the *Outrigger* tire which have given

18  OTR industry-leading proprietary methods and techniques, compositions of

19  materials, formulae, build instructions, specialized equipment, and molds that are

20  used in its production – these are the OTR Trade Secrets. Defendants have

21  AMENDED COMPLAINT - 11

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509)324-9256 Fax: (509)323-8979

produced the Counterfeit Tires by use and disclosure of the OTR Trade Secrets without authorization from OTR.

26. The *Outrigger* tire has a distinctive "word" trademark OUTRIGGER. The trademark OUTRIGGER is well known to Original Equipment Manufacturers ("OEMs") of AWPs, as well as to their suppliers, customers, end users, and other specialty tire companies to denote OTR or its licensees as a source of the *Outrigger* tire. Defendants, and/or their conspirators, have used the OUTRIGGER Word Mark in interstate commerce in their production activity regarding the Counterfeit Tires without authorization from OTR.

27. The *Outrigger* tire has its distinctive proprietary *Outrigger* Trade Dress which is the tread design on the contact surface of the tire, seen in this photograph and drawing:



Image of *Outrigger* design on actual tire          Image from USPTO trade dress registration 4,220,169

The *Outrigger* Trade Dress is well known to OEMs of AWPs as well as to their suppliers, customers, end users, and other specialty tire companies to denote OTR or its licensees as a source of the *Outrigger* tire. Defendants have produced the

AMENDED COMPLAINT - 12

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509)324-9256 Fax: (509)323-8979

1  Counterfeit Tires using the *Outrigger* Trade Dress without authorization from

2  OTR.

3  28.    The *Outrigger* tire is produced in a proprietary light gray colored

4  version in addition to the traditional black colored version. The color of the gray

5  *Outrigger* tire is its distinctive trademark, the Gray Color Mark. The Gray Color

6  Mark of the gray *Outrigger* tire is well known to OEMs of AWPs, as well as to

7  their suppliers, customers, end users, and other specialty tire companies to denote

8  OTR or its licensees as a source of the *Outrigger* tire. Defendants have produced

9  the Counterfeit Tires using the Gray Color Mark without authorization from OTR.

10  29.    The *Outrigger* tire comes in a variety of sizes, fillings and mountings

11  depending on the customer's specification. Defendants have produced the

12  Counterfeit Tires in more than one of these same types and configurations

13  including air filled, crumb filled, foam filled, and mounted on wheel assemblies.

14  30.    Each of the OTR Marks is protected by valid United States Trademark

15  Registrations. Each of the OTR Marks has been infringed by Defendants'

16  production and sale of the Counterfeit Tires.

17  31.    The OUTRIGGER Word Mark is the subject of U.S. Trademark

18  Registration No. 2,288,934, which issued to the principal register on October 26,

19  1999, and which is entitled to a priority date of first use back to at least as early as

20  1998. The OUTRIGGER Word Mark '934 Registration is incontestable under the

21  AMENDED COMPLAINT - 13

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509)324-9256 Fax: (509)323-8979

federal Lanham Trademark Act. A true and correct copy of the Registration Certificate for the OUTRIGGER Word Mark (the '934 Registration) is attached hereto as Exhibit "A."

32.    The *Outrigger* Trade Dress is the subject of U.S. Trademark Registration No. 4,220,169, which issued to the principal register on October 9, 2012. The *Outrigger* Trade Dress '169 Registration is entitled to a priority date of first use back to at least as early as 1998. A true and correct copy of the Registration Certificate for the OTR Trade Dress (the '169 Registration) is attached hereto as Exhibit "B."

33.    The *Outrigger* Gray Color Mark is the subject of U.S. Trademark Registration No. 2,652,821, which issued to the supplemental register on November 19, 2002, and which is entitled to a priority date of first use back to at least as early as 2002. A true and correct copy of the Registration Certificate for the Gray Color Mark (the '821 Registration) is attached hereto as Exhibit "C."

34.    The registrations for the three OTR Marks are each entitled to statutory presumptions under the Lanham Act.

35.    The '934 Registration for the OUTRIGGER Word Mark enjoys statutory presumptions including validity, ownership, and the exclusive right to use OUTRIGGER in connection with the goods identified in the '934 Registration.  The '934 Registration is incontestable pursuant to 15 U.S.C. § 1065.

AMENDED COMPLAINT - 14

36.    The '169 Registration for the *Outrigger* Trade Dress enjoys statutory presumptions of non-functionality, acquired distinctiveness, validity, ownership, and the exclusive right to use the *Outrigger* Trade Dress in conjunction with the goods identified in the '169 Registration. Additionally, the *Outrigger* Trade Dress is, and is presumed to be, distinctive, *de jure* non-functional, with acquired distinctiveness, and thus it belongs to OTR for exclusive use on AWP tires. The *Outrigger* Trade Dress is, and is presumed to be, a source-identifier, signifying OTR as a source of the tires to OTR's customers, including OEMs such as Genie Industries, a subsidiary of Terex Corporation (collectively "Genie") maker of the famous line of Genie AWPs (which are blue in color), and to OEM customers, such as commercial property owners who buy AWPs, and the equipment retailers and rental shops that carry AWPs.

37.    The '821 Registration for the Gray Color Mark enjoys statutory presumptions that the Gray Color Mark is not incapable of acquired distinctiveness. The Gray Color Mark is distinctive, arbitrary, unique, *de jure* non-functional, has acquired distinctiveness, and belongs to OTR for exclusive use on AWP tires.

38.    Since as early as 1997, OTR has continuously, extensively, and substantially exclusively used its distinctive *Outrigger* Trade Dress and its OUTRIGGER Word Mark throughout the United States in interstate commerce on

AMENDED COMPLAINT - 15

*Outrigger* tires. Use of the Gray Color Mark dates back to at least 2002. OTR has sold millions of dollars of its *Outrigger* tires bearing its distinctive *Outrigger* Trade Dress, the OUTRIGGER Word Mark, and the Gray Color Mark.  OTR has expended thousands of dollars in advertising and promotion featuring the OTR Marks. The OTR Marks have achieved widespread acceptance and recognition among the consuming public and trade. OTR also provides genuine replacement *Outrigger* tires, related parts and service (often directly to the customers of the OEMs) and OTR enjoys an excellent customer service reputation. As a result of all of these activities, OTR has developed and has acquired valuable goodwill in its OTR Marks, including the ability of the OTR Marks to identify OTR as the source of high quality tires.

39.     To compete in the global marketplace for specialty tires, OTR uses select partner companies to aid in the manufacture and distribution of its products. OTR uses its partner/investor Solideal to aid in the manufacture and distribution of *Outrigger* tires. Under OTR's arrangement with Solideal, OTR authorized Solideal to use certain of the OTR Intellectual Property Rights (i.e. including the OTR Trade Secrets) to enable Solideal to use molds to manufacture the *Outrigger* tires and to source manufacturers and shippers for certain sizes and types of *Outrigger* tires. The goodwill engendered by this licensed activity inures to the benefit of OTR. The relationship between OTR and Solideal is subject to

AMENDED COMPLAINT - 16

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509)324-9256 Fax: (509)323-8979

obligations of confidentiality ("Confidentiality Obligations") with respect to the OTR Intellectual Property, including the OTR Trade Secrets. In addition to its contractual rights, OTR has statutory trade secret rights in these items because the collective information that comprises the OTR Trade Secrets gives OTR an economic advantage because it is not generally known, it is not readily ascertainable by proper means, and it is the subject of reasonable efforts to maintain secrecy. The OTR Trade Secrets have developed significantly over the many years that OTR has been perfecting the *Outrigger* tire and working with Solideal. OTR protects the OTR Trade Secrets carefully, but it must occasionally share these secrets by the nature of the global market in which it competes. OTR shared the OTR Trade Secrets with Solideal only under restrictions, restrictions which all recipients understood, including Mr. Zhang.

40.    Solideal entered into an agreement for the manufacture of some *Outrigger* tires by a Chinese manufacturer Superhawk. To enable Superhawk to manufacture the *Outrigger* tire, Solideal provided Superhawk with certain OTR Trade Secrets, including the *Outrigger* tire proprietary methods and techniques, composition of materials, formulae, build instructions, specialized equipment, and molds that are used in its production, all subject to contracts reasonably designed to protect and preserve the OTR Intellectual Property Rights. Representatives of Solideal corresponded with and visited Superhawk in China to aid in Superhawk's

AMENDED COMPLAINT - 17

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509)324-9256 Fax: (509)323-8979

1  understanding of the complex process required to manufacture the *Outrigger* tire,

2  because Superhawk could not build the *Outrigger* tire without this instruction.

3      41.    Solideal has also placed the manufacture of certain models of the

4  *Outrigger* tire with other manufacturers, including the use of Confidentiality

5  Obligations as to the OTR Trade Secrets.

6              **DEFENDANTS' COUNTERFEIT TIRES**

7      42.    During late 2010 and into 2011, Mr. West initiated contact with

8  Michael Zhang of Superhawk to conspire to secure a supply of Counterfeit Tires

9  that West could sell in competition with OTR's *Outrigger* tire to Genie and other

10  OEMs. Mr. Zhang initially resisted any such relationship with West, expressly

11  citing the contractual obligations of Superhawk with Solideal not to do so.

12  Specifically, Mr. Zhang told Mr. West that it would breach an agreement and

13  cause "big trouble" for himself and Superhawk if anyone learned that Mr. Zhang

14  and Superhawk were supplying West with a tire identical to the *Outrigger* tire.

15  Nevertheless, in 2012, West succeeded in persuading Mr. Zhang and Superhawk

16  to agree to begin to manufacture counterfeit *Outrigger* tires for the Defendants.

17  Defendants, Superhawk, and Mr. Zhang had specific knowledge of the

18  confidentiality and non-competition obligations of Superhawk to Solideal, but,

19  Defendants persuaded Superhawk and Mr. Zhang to use the OTR Trade Secrets

20  and the OTR Marks (in direct violation of Superhawk's contractual,

21  AMENDED COMPLAINT - 18

confidentiality, and non-competition contract) to manufacture the Counterfeit Tires.

43.    Mr. West, Mr. Zhang, Superhawk, and the corporate Defendants have personal knowledge that the Counterfeit Tires are in fact counterfeit. For example, Mr. West personally directed Mr. Zhang and Superhawk to make the Counterfeit Tires using the OTR proprietary molds entrusted to Superhawk to make the 355-sized *Outrigger* tire. Mr. West personally directed Mr. Zhang and Superhawk to physically "buff-off" the OUTRIGGER Word Mark from ten sample Counterfeit Tires that Defendants had Mr. Zhang make from OTR's proprietary molds. Mr. West also asked Mr. Zhang to remove the nameplate from the misappropriated molds and Mr. West promised not to "say anything" about this subterfuge. Throughout early 2012, Mr. West continued to push Mr. Zhang to breach Superhawk's confidentiality obligations and non-competition obligations to produce the Counterfeit Tires with different brand markings (but still using the *Outrigger* Trade Dress.) Mr. Zhang and Superhawk ultimately agreed and produced the Counterfeit Tires for Mr. West and the Defendants.

44.    In its effort to sell the Counterfeit Tires to one of OTR's largest customers, Genie, Mr. West represented to Genie that the Counterfeit Tires were (i) manufactured in the same facility as the genuine *Outrigger* tires, (ii) using the same rubber compounding, (iii) using the same manufacturing process, and (iv)

AMENDED COMPLAINT - 19

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509)324-9256 Fax: (509)323-8979

the "same EVERYTHING" that OTR does with its mold to make the genuine *Outrigger* tire.

45.    Mr. West, Mr. Zhang, and Defendants took actions to conceal the production of the Counterfeit Tires.

46.    Mr. West and the Defendants have personal knowledge that the Counterfeit Tires use the *Outrigger* Trade Dress that is the subject of the '169 Registration. For example, Mr. West was aware in 2012 of OTR's lawsuit against Alliance Tire America, Inc., that was filed November 27, 2012 in the Northern District of Georgia (Case No. 4:12-cv-00294) for infringement of the '169 Registration covering the *Outrigger* Trade Dress. In Defendants' negotiations with Mr. Zhang and Superhawk to produce the Counterfeit Tires, Mr. Zhang specifically told Mr. West that the tire Superhawk was making for OTR is the "OTR OUTRIGGER" pattern and asked if West desired this same pattern. Mr. West confirmed that Defendants desired this identical pattern for the Counterfeit Tires. Additionally, in the spring of 2013, OTR informed Genie that OTR has proprietary rights in the Outrigger tire, and that the Defendants were infringing by selling the Counterfeit Tires to Genie. Finally, the Defendants were on notice of the OTR Marks as of the initial filing and service dates of this lawsuit in April, 2014.

AMENDED COMPLAINT - 20

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509)324-9256 Fax: (509)323-8979

47.    In October 2012, Sean McFadin, a Facility Manager at OTR's plant facility in Moses Lake, Washington, saw and obtained photographs of the Counterfeit Tires on a third-party freight truck in this judicial district.   Mr. McFadin observed that these tires had the exact same tread design and *Outrigger* Trade Dress as the *Outrigger* tires.   In addition, the tires bore the designation "355/55D625," which is the same designation and stamped in the same manner— i.e., in the same location and using the same size lettering and font—as the designation on OTR's *Outrigger* tires, an indication that the Defendants used the OTR proprietary molds.

48.    In April 2013, Scott Peck, another employee of OTR, saw and obtained photographs of the Counterfeit Tires on a Genie machine at a Terex facility in China.   Mr. Peck also observed that these Counterfeit Tires had the exact same tread design and *Outrigger* Trade Dress as the *Outrigger* tires.   The Counterfeit Tires also bore the brand name "Exmile," which was stamped in the same manner—i.e., in the same location and using the same size lettering and font—as OTR's OUTRIGGER designation on the *Outrigger* tires, also an indication that the Defendants used the OTR proprietary molds.

49.    In June 2013, representatives from Solideal met with Michael Zhang from Superhawk in China and demanded that Superhawk discontinue the

AMENDED COMPLAINT - 21

1  manufacture of the Counterfeit Tires for the Defendants. Mr. Zhang did not reveal

2  that he was contracting directly with Mr. West to provide the Counterfeit Tires.

3       50.    Solideal demanded that Superhawk cease manufacturing the

4  Counterfeit Tires. Defendants caused Superhawk and its principals to

5  subsequently move some production of the Counterfeit Tires to a factory known

6  as Weihei of China, a Chinese company with which OTR believes and therefore

7  alleges Superhawk shares a common owner. On information and belief,

8  Defendants continue to use Superhawk and Weihei as manufacturing sources for

9  production of the Counterfeit Tires.

10       51.    The Defendants use the brand names "Stabimate" and "Extremelift"

11  on the different types of Counterfeit Tires they produce for import into the United

12  States. Defendants have produced the Counterfeit Tires in a variety of types,

13  denoted by different names, sizes, and colors. Defendants have used OTR's

14  OUTRIGGER trademark, OTR's Gray Color Mark, and the *Outrigger* Trade

15  Dress in their sourcing, manufacture, importation, advertising, marketing, and/or

16  promotion of the Counterfeit Tires.Defendants have been importing, advertising,

17  marketing, selling, and distributing these Counterfeit Tires to customers in the

18  United States, including Genie.  Genie is one of OTR's top customers and has

19  been a significant source of business for OTR.  OTR was supplying the *Outrigger*

20  tire to Genie for many years prior to the Defendants' infringing conduct. Since

21  AMENDED COMPLAINT - 22

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509)324-9256 Fax: (509)323-8979

1  discovering Defendants' Counterfeit Tires, OTR has been in the commercially

2  awkward position of having to confront its customer Genie to inform Genie of the

3  facts that lead to Defendants' liability, damaging OTR's relationship with Genie.

4      52.    In June 2013, Genie informed OTR that it would be cancelling orders

5  of *Outrigger* tires for two of its aerial lift machines effective July 1, 2013. Genie

6  informed OTR that it would be switching to Defendants' Counterfeit Tires.

7      53.    West supplied approximately 1,000 of the Counterfeit Tires per month

8  to Genie since September 1, 2013 through the Preliminary Injunction. West has

9  been selling the Counterfeit Tires at a price less than OTR's price on the genuine

10  *Outrigger* tires.   The Counterfeit Tires use the OTR Trade Secrets and the

11  *Outrigger* Trade Dress. OTR has suffered and will continue to suffer a substantial

12  loss in revenue because of the Defendants' unlawful conduct.

13     54.    West has also supplied the Counterfeit Tires to customers outside the

14  United States, in direct competition with OTR. These foreign sales directly have

15  directly affected OTR's sales from the United States, OTR's rights in the United

16  States, and OTR's revenue in the United States. Mr. West and his Iowa companies

17  are U.S. citizens. Adjudicating OTR's claims against the Defendants for their

18  foreign sales does not interfere with the sovereignty of another nation.

19

20

21  AMENDED COMPLAINT - 23

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509)324-9256 Fax: (509)323-8979

55.     On information and belief, West has also manufactured and supplied Counterfeit Tires which are light gray in color, identical to the '821 Registration in a manner likely to cause confusion with OTR's rights in the Gray Color Mark.

56.     On information and belief, West has also supplied Counterfeit Tires which are near identical to the OTR's non-marking *Outrigger* tires in composition and method of construction, indicating that the OTR Trade Secrets have been misappropriated.

57.     Notwithstanding OTR's well-established rights in OTR's *Outrigger* Trade Dress, and after the *Outrigger* Trade Dress had acquired distinctiveness among the consuming public and trade, the Defendants have manufactured, imported, exported, offered, advertised, promoted, distributed, shipped, and sold a variety of types of the Counterfeit Tires which are substantially identical to and confusingly similar to the *Outrigger* Trade Dress and which misappropriate OTR's Trade Secrets.

58.     In January 2014, Owsley Cheek, an expert in the field of automotive computer-aided design comparison performed a "Geometric Analysis" of the Counterfeit Tires and found them to be "exact replicas" for purposes of visual comparison to the *Outrigger* Trade Dress.

59.     A chemical analysis of one of Defendants' Counterfeit Tires which is a "non-marking tire" shows it to be of an equivalent composition for purposes of

AMENDED COMPLAINT - 24

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509)324-9256 Fax: (509)323-8979

comparison to the non-marking *Outrigger* tires. On information and belief, Defendants have manufactured these equivalent non-marking Counterfeit Tires using the OTR Trade Secrets and these non-marking Counterfeit Tires also use the OTR Marks, including the Gray Color Mark and the *Outrigger* Trade Dress.

60.     Defendants have used images of tires bearing the distinctive *Outrigger* registered trade dress in their websites advertising tire sales and related services, to the detriment of Plaintiffs.

61.     Defendants' use of the *Outrigger* Trade Dress is likely to cause confusion, mistake and deception among the relevant consuming public and trade. Consumers will likely believe that Defendants' tires are in some way associated or connected with or approved by OTR, or that Defendants' products otherwise originate from the same source as do OTR's *Outrigger* tires.

62.     Defendants' sale and distribution of tires containing the *Outrigger* Trade Dress constitutes a deliberate, intentional attempt to trade and capitalize on the substantial goodwill of the OTR Marks.

63.     Defendants' Counterfeit Tires are "counterfeit" for purposes of the Lanham Act definitions in 15 U.S.C. §§ 1116(d)(1)(B)(i) and 1127.

64.     Defendants' manufacture, importation, sales and distribution of tires using the *Outrigger* Trade Dress constitutes a deliberate, intentional misappropriation of the OTR Trade Secrets and related information.

AMENDED COMPLAINT - 25

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509)324-9256 Fax: (509)323-8979

65.   On information and belief, Defendants have imported certain of the Counterfeit Tires into the Unites States in violation of certain anti-dumping regulations of the United States Customs and Border Patrol and in a manner that is unlawful unfair competition. On information and belief, Defendants have imported certain of the Counterfeit Tires into the United States in violation of certain registered trademark notification regulations of the United States Customs and Border Patrol.

66.   Defendants have continued to wrongfully procure, manufacture, import, warehouse, distribute, market, advertise, promote, offer, ship and sell the Counterfeit Tires through its distribution of these tires to Genie and others. On information and belief, some of this activity has come in direct violation of the Preliminary Injunction issued by the District Court and affirmed by the Ninth Circuit Court of Appeals.

67.   As a result of Defendants' unlawful Counterfeit Tires, OTR has suffered, and will continue to suffer, a substantial loss in revenue due to the lost business with Genie and other original equipment manufacturers and their buyers.

## COUNT I
## FEDERAL TRADEMARK COUNTERFEITING AND INFRINGEMENT
## (15 U.S.C. §§ 1114, 1116(d), and 1125(a))

68.   OTR incorporates and realleges, as if fully set forth herein, the allegations contained in the foregoing paragraphs of this Complaint.

AMENDED COMPLAINT - 26

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509)324-9256 Fax: (509)323-8979

69.    OTR owns three U.S. Trademark Registrations ("the OTR Marks") that have been infringed by Defendants.

70.    OTR created, authored, and employed the OUTRIGGER Word Mark for its off-road tires, including AWP tires. OUTRIGGER is an incontestable federally registered trademark. F.B.T. owns the U.S. Trademark Registration for OUTRIGGER, Registration No. 2,288,934, issued by the United States Patent and Trademark Office and licensed to OTR.

71.    OTR created, designed, and authored a distinctive light gray color mark for tire tread, the Gray Color Mark. F.B.T. owns the U.S. Trademark Registration for the Gray Color Mark, Registration No. 2,652,821, issued by the United States Patent and Trademark Office on November 19, 2002 and licensed to OTR. OTR's Gray Color Mark is arbitrary, unique, non-functional and is inherently distinctive due to its distinctive color that identifies its source as OTR.

72.    OTR created, designed, and authored the distinctive *Outrigger* Trade Dress for the tire tread of its *Outrigger* tires. The *Outrigger* Trade Dress is a federally registered trademark.  F.B.T. owns the U.S. Trademark Registration for the Trade Dress, Registration No. 4,220,169, issued by the United States Patent and Trademark Office on October 9, 2012 and licensed to OTR. OTR's *Outrigger* Trade Dress is arbitrary, unique, non-functional and is inherently distinctive. There exist a number of better, less expensive options available to competitors in

AMENDED COMPLAINT - 27

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509)324-9256 Fax: (509)323-8979

the design of tire treads, including in particular, alternative off-road tire designs having directional, self-cleaning tread.

73.    Defendants' manufacture, filling, mounting, importation, marketing, advertising, distribution, shipping, and/or sale of the Counterfeit Tires bearing any or all of the OTR Marks, or bearing any marks closely simulating the OTR Marks, constitute a false designation of origin which is causing or is likely to cause confusion, mistake or deception as to origin, sponsorship or approval of Defendants' products, in violation of the Lanham Act, 15 U.S.C. §§ 1114 and 1125(a).

74.    The Counterfeit Tires are counterfeit under the Lanham Act, 15 U.S.C. §§ 1116(d)(1)(B)(i) and 1127 because they include "a spurious mark which is identical with, or substantially indistinguishable from, a registered mark" – in this case all three of the OTR Marks used in connection with Defendants' production and sale of a variety of types of Counterfeit Tires.

75.    Defendants' willful and deliberate use of the OTR Marks on the Counterfeit Tires also gives Plaintiffs injunctive, statutory damage and attorneys' fees rights under 15 U.S.C. § 1116(d). Defendants' removal of the OTR Marks from products and the use of these dis-branded products in commerce is also a violation of the Lanham Act, 15 U.S.C. § 1125(a).

AMENDED COMPLAINT - 28

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509)324-9256 Fax: (509)323-8979

76.    Defendants' complained-of acts have damaged OTR and unless restrained will continue to damage OTR, including lost profits and irreparable injury to OTR's reputation and goodwill.  OTR has no adequate remedy at law.

77.    Defendants' infringing actions, particularly their sale and distribution of tires containing the OTR Marks, with notice of OTR's trademark registrations, demonstrate an intentional, willful, malicious, and bad faith intent to trade on the goodwill associated with OTR resulting in irreparable injury to OTR.

78.    Defendants' infringing conduct is causing and is likely to cause substantial injury to the public and to OTR, and OTR is entitled to injunctive relief and to recover OTR's monetary damages, Defendants' profits, three times actual damages, costs, and reasonable attorneys' fees pursuant to 15 U.S.C. §§ 1114, 1116(a), 1117(a), and 1125(a).

79.    Defendants' willful infringements in offering the Counterfeit Tires allow OTR to elect statutory trademark damages in the amount of up to $2,000,000 per Defendant, per OTR Mark counterfeited, and per type of Counterfeit Tires sold by each Defendant.

## COUNT II
## WASHINGTON CONSUMER PROTECTION ACT
### (R.C.W.A. § 19.86.020 *et seq.*)

80.    OTR incorporates and realleges, as if fully set forth herein, the allegations contained in the foregoing paragraphs of this Complaint.

AMENDED COMPLAINT - 29

81.    Defendants have engaged in unfair and deceptive practices within the meaning of the Washington Consumer Protection Act, R.C.W.A. § 19.86.020 *et seq.*, by passing off its tires as those of OTR or approved by OTR, by its infringement of the OTR Marks, by misappropriation of the OTR Trade Secrets, and by its unlawful interference with OTR's contractual relationships and expectancies.  This conduct is continual and continues to this date.

82.    Defendants' unlawful actions affect the public interest, for example, because by using OTR's *Outrigger* Trade Dress on its tire, Defendants have caused a likelihood of confusion or misunderstanding as to the source, origin, or sponsorship of the parties' respective products.

83.    Defendants' unlawful actions also affect the public interest by causing a likelihood of confusion or misunderstanding as to the affiliation, connection or association of Defendants with OTR.

84.    Defendants' unlawful conduct relating to the Counterfeit Tires is causing and is likely to cause substantial injury to the purchasing public and trade and to OTR, was conducted in trade and commerce, and has the potential for repetition.

85.    Defendants' unlawful conduct has irreparably damaged OTR in its business and property and will continue to damage OTR unless restrained by this Court.   OTR is without an adequate remedy at law.   Pursuant to R.C.W.

AMENDED COMPLAINT - 30

§ 19.86.090, OTR is entitled to, among other things, an order temporarily and permanently enjoining and restraining Defendants from advertising, manufacturing, and/or selling infringing products.

86.    Defendants' unlawful conduct has proximately caused OTR to suffer damages, and OTR is entitled to recover Defendants' profits, three times actual damages, costs, and reasonable attorneys' fees pursuant to R.C.W. § 19.86.090.

## COUNT III
## TRADE SECRET MISAPPROPRIATION

87.    OTR incorporates and realleges, as if fully set forth herein, the allegations contained in the foregoing paragraphs of this Complaint.

88.    OTR has trade secrets in its proprietary methods and techniques, composition of materials, formulae, build instructions, specialized equipment, bladders, and molds that are used in the production of the *Outrigger* tires.  These trade secrets are economically valuable and give OTR a competitive advantage. These trade secrets are not generally known, are not readily ascertainable by proper means, and are subject to reasonable efforts to maintain their secrecy.

89.    Defendants have acquired, used and disclosed the OTR Trade Secrets without any permission or other lawful justification in the design, manufacture, importation, filling, mounting, exporting/importing, advertisement, sale and

AMENDED COMPLAINT - 31

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509)324-9256 Fax: (509)323-8979

distribution of the Counterfeit Tires.  This misappropriation is in violation of Washington's Uniform Trade Secret Act, R.C.W. § 19.108.010 *et seq.*

90.    As a direct result of Defendants' misappropriation of the OTR Trade Secrets, OTR has been injured in its business and property.  The OTR Trade Secrets have been compromised and used without OTR's permission and Defendants have profited from this misappropriation.   Pursuant to R.C.W. 19.108.03-.040, OTR is entitled to its monetary damages, to the Defendants' profits, to an increase of two times the actual damages and profits, and to reasonable attorneys' fees.

91.    Defendants' unlawful conduct has irreparably damaged OTR in its business and property and will continue to damage OTR unless restrained by this Court.   OTR is without an adequate remedy at law.   Pursuant to R.C.W. § 19.108.020, OTR is entitled to injunctive relief.

## COUNT IV
## TORTIOUS INTERFERENCE WITH BUSINESS EXPECTANCY

92.    OTR incorporates and realleges, as if fully set forth herein, the allegations contained in the foregoing paragraphs of this Complaint.

93.    OTR has valid business expectancies in supplying its *Outrigger* tires to Genie and the other OEMs. For example, Genie has been a longstanding

AMENDED COMPLAINT - 32

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509)324-9256 Fax: (509)323-8979

1  customer of OTR and had been purchasing *Outrigger* tires from OTR prior to the

2  date of entry of Defendants' Counterfeit Tires into the market.

3      94.    Defendants had knowledge of the relationships between OTR and

4  Genie and Terex; between OTR and Solideal; and between Solideal and

5  Superhawk.

6      95.    Without business justification, Defendants intentionally and

7  unlawfully interfered with these business relationships and expectancies by

8  arranging for the use of the OTR Trade Secrets and the *Outrigger* Trade Dress to

9  manufacture the Counterfeit Tires, to fill them, mount them, export/import them,

10  distribute them, and sell them to customers including Genie.

11      96.    As a direct result of Defendants' tortious interference, Genie chose to

12  buy the Counterfeit Tires.  This has resulted in a significant loss of revenue to

13  OTR and a significant ill-gotten gain to Defendants.  OTR is entitled to its

14  damages, disgorgement of Defendants' revenue, and injunctive relief.

15                    **COUNT V**
                  **UNJUST ENRICHMENT**
16

17      97.    OTR incorporates and realleges, as if fully set forth herein, the

18  allegations contained in the foregoing paragraphs of this Complaint.

19

20

21  AMENDED COMPLAINT - 33

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509)324-9256 Fax: (509)323-8979

98.    Upon information and belief, Defendants have received significant monetary and non-monetary benefits from their use of the OTR Trade Secrets and OTR Marks.

99.    The benefits of the improper use of OTR's rights must be returned to OTR, or OTR ought to be compensated for the benefits conferred on Defendants.

100.    It is against equity for Defendants to retain the benefits of OTR's rights in the OTR Marks and the OTR Trade Secrets without compensating OTR.

101.    OTR is entitled to damages in an amount to be proven at trial to prevent Defendants from being unjustly enriched.

## COUNT VI
## PRELIMINARY INJUNCTION and CIVIL CONTEMPT

102.    OTR incorporates and realleges, as if fully set forth herein, the allegations contained in the foregoing paragraphs of this Complaint.

103.    The Court has ruled that Plaintiffs are entitled to a Preliminary Injunction, and this Court granted a Preliminary Injunction against Defendant Sam West and West WorldWide Services, Inc. on May 14, 2014. Plaintiff has posted the required bond to support the injunction. The Ninth Circuit Court of Appeals affirmed the Preliminary Injunction with slight language modifications on March 18, 2015.

AMENDED COMPLAINT - 34

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509)324-9256 Fax: (509)323-8979

104.   On information and belief, Defendants, together with their respective agents, servants, employees, affiliates, and persons acting in concert with them, have violated the letter and spirit of the Preliminary Injunction by continued direct and indirect commercial use of the *Outrigger* Trade Dress and the OTR Trade Secrets in the manufacture, exportation/importation, distribution and sale of the Counterfeit Tires, and in their internet advertising on their websites. For example, the United States Customs and Border Patrol has impounded a shipment of Counterfeit Tires which Defendants attempted to import into the United States after issuance of the Preliminary Injunction. For another example, Defendants continue to use Plaintiffs' registered Trade Dress in online marketing materials.

105.   Defendants' violations of the Preliminary Injunction were willful and without lawful justification or permission. These violations have damages OTR and the public interest.

106.   Defendants are in civil contempt of the Preliminary Injunction and OTR seeks monetary penalties, and equitable relief including destruction of the Counterfeit Tires and their means of production.

## COUNT VII
## PERMANENT INJUNCTION

107.   OTR incorporates and realleges, as if fully set forth herein, the allegations contained in the foregoing paragraphs of this Complaint.

AMENDED COMPLAINT - 35

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509)324-9256 Fax: (509)323-8979

108.    For the reasons stated above, OTR is entitled, after a hearing and upon final decree, to a permanent injunction requiring all Defendants to cease all sale and distribution of the Counterfeit Tires, to destroy all Counterfeit Tires and their means of production, and to refrain from making any further use of the OTR Marks and the OTR Trade Secrets in competition with OTR or for any other purpose.

**WHEREFORE, OTR prays that the Court:**

A.    Provide OTR a trial by jury;

B.    Grant OTR a permanent injunction enjoining Defendants, and its officers, agents, servants, employees, attorneys and those persons, firms or corporations, acting in concert and participation with them from any importation, manufacture, assembly, advertisement, promotion, offer for sale, sale, purchase, distribution, movement or transfer of, or any other involvement with tire products bearing any of the OTR Marks, or any other colorable imitation of the OTR Marks on or in connection with tire products;

C.    Require Defendants to deliver to OTR or to an officer of the Court any colorable imitations of the *Outrigger* tire in Defendants' possession or control, plus all means of production of the Counterfeit Tires, plus all records documenting the manufacture, sale or receipt of the Counterfeit Tires, or their constituent parts or compounds;

AMENDED COMPLAINT - 36

LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509)324-9256 Fax: (509)323-8979

D.      Enter judgment in favor of OTR and against Defendants for lost profits, other damages, and disgorgement of Defendants' ill-gotten revenues and profits, including revenues and profits Defendants have obtained from sales activity outside the United States;

E.      Award OTR exemplary double, and treble damages as authorized by law;

F.      Award OTR attorneys' fees in such other amounts as may be proven at trial or as otherwise provided by law;

G.      Award OTR statutory trademark damages in the amount of $2,000,000 per Defendant, per OTR Mark willfully infringed, per type of goods sold by each Defendant;

H.      Award OTR pre-judgment interest and post-judgment interest; and

I.      Grant such other and further relief as this Court deems just and proper.

///

///

AMENDED COMPLAINT - 37

1       Respectfully submitted this 20th day of July, 2015.

2

                            By: s/ Leslie R. Weatherhead

3                                 Leslie R. Weatherhead, WSBA #11207

                                J. Christopher Lynch, WSBA #17462

4                                 Geana M. Van Dessel, WSBA # 35969

5                                 Rhett V. Barney, WSBA #44764

                                Counsel for Plaintiffs OTR Wheel

6                                 Engineering, Inc., Blackstone/OTR, LLC, and F. B. T. Enterprises, Inc.

7                                 Lee & Hayes, PLLC

8                                 601 W. Riverside Avenue, Suite 1400 Spokane, WA 99201

9                                 Phone: (509) 324-9256

                                Fax: (509) 323-8979

10                                 Emails:  lesliew@leehayes.com

11                                           chris@leehayes.com

                                          geanav@leehayes.com

12                                           rhettb@leehayes.com

13

14

15

16

17

18

19

20

21   AMENDED COMPLAINT - 38