AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern   District of   Washington

OTR WHEEL ENGINEERING, INC.,
BLACKSTONE/OTR LLC, F B T ENTERPRISES, INC.,
*Plaintiff*
v.
WEST WORLDWIDE SERVICES, INC., SAMUEL J.
WEST, SSL GLOBAL INC., SSL CHINA, LLC,
QINGDAO STW TIRE CO LTD,
*Defendant*

)
)
)
)
)
)

Civil Action No.      2:14-CV-085-LRS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other: _____
Judgment for Defendants against Plaintiffs on Lanham Act trade dress infringement claim re '169 registration, Lanham
Act trade dress infringement claim re '821 registration,  trade secrets claim, and on claim of tortious interference with a
contract between OTR and Genie.  The United States Patent and Trademark Office (USPTO) is directed to cancel
Trademark Registration Nos. 4,220,169 and 2652821.

Judgment for Plaintiffs against Defendants on Lanham Act false designation of origin claim re "Outrigger" trademark
name (Registration No. 2,288,934), Washington Consumer Protection Act claim, and on claims of tortious interference
with a business relationship between OTR and Genie, tortious interference with a contract between Solideal and
SuperHawk, and tortious interference with a business relationship between SuperHawk and Solideal and OTR.
$967,015.00 in actual damages awarded in favor of Plaintiffs against Defendants.

_____ .

This action was *(check one)*:

☑ tried by a jury with Judge               Lonny R. Suko              presiding, and the jury has rendered a verdict.

☐ tried by Judge                                without a jury and the above decision was reached.

☑ decided by Judge     Lonny R. Suko             on a motion for    Summary Judgment
Re: "Light Gray: Color Trade Dress (ECF No. 313).

                                                          .

Date:       June 30, 2016                 *CLERK OF COURT*

                                          SEAN F. McAVOY

                                          s/Penny Lamb
                                              *(By) Deputy Clerk*