FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 01, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| OTR WHEEL ENGINEERING, INC., BLACKSMITH OTR, LLC, AND F.B.T. ENTERPRISES, INC., <br><br>                Plaintiff, <br><br> vs. <br><br> WEST WORLDWIDE SERVICES, INC., and SAMUEL J. WEST, individually and his marital community, SSL Holdings, Inc., SSL Global, Inc., SSL China LLC, and Qingdao STW Tire Co., Ltd., <br>                Defendants. | No. 2:14-CV-00085-LRS <br><br> ORDER GRANTING DEFENDANTS' MOTION FOR EXECUTION OF ORDER 879 AND DISBURSEMENT OF THE BOND |

ORDER - 1

1    BEFORE THE COURT is Defendants' Motion for Execution of Order 879
2 and Disbursement of the Bond.  ECF No. 884.  The motion was heard without oral
3 argument.
4    The procedural history has been previously set forth in detail.  ECF No. 879
5 at 2-15.  On May 16, 2014, pursuant to this Court's order granting a preliminary
6 injunction, Plaintiffs (OTR) filed an injunction bond in the amount of $1,800,000.
7 ECF Nos. 46, 47.  On November 8, 2016, pursuant to this Court's post-trial order,
8 the bond was increased to $3,000,000.  ECF No. 597, 615.  In 2021, the Ninth
9 Circuit found the preliminary injunction was wrongful and the matter was
10 remanded "so the district court can allow discovery regarding potential injunction
11 damages for the entire relevant time period and consider whether that additional
12 discovery changes its damages analysis."  *OTR Wheel Eng'g, Inc. v. W. Worldwide*
13 *Servs., Inc.*, 842 F. App'x 16 (9th Cir. 2021).  On March 10, 2023, this Court
14 entered an order granting Defendants' (West) renewed motion for recovery of cash
15 bond and instructing that the entirety of the $3,000,000 cash bond posted by OTR
16 shall be forfeited to West pending expiration of the time for appeal.  ECF No. 879.
17 West filed this motion for execution of the bond order and disbursement of the
18 bond on April 17, 2023.  ECF No. 884.
19    OTR argues the bond order, ECF No. 879, should not be executed because
20 the appeal period has been tolled under Fed. R. App. P. 4(a)(4)(A)(iv) by its filing

ORDER - 2

1  of a Fed. R. Civ. P. 59 motion to amend judgment on April 7, 2023.  ECF Nos.

2  883, 888.  OTR's Rule 59 motion requests the Court amend the judgment entered

3  on March 10, 2023, as to interest on judgment amounts awarded to OTR.  ECF No.

4  883.  However, the Court finds that the Rule 59 motion is unrelated to the bond

5  issue and does not toll the appeal period as to the bond order for the reasons set for

6  in West's reply brief, ECF No. 890.

7      The Court's Order granting West's motion for recovery on the injunction

8  bond was a "final decision" pursuant to 28 U.S.C. § 1291 and was appealable to

9  the Ninth Circuit Court of Appeals.  *See* 28 U.S.C. § 1291 (giving the courts

10 of appeals "jurisdiction of appeals from all final decisions of the district

11 courts"); *OTR Wheel Eng'g, Inc. v. W. Worldwide Servs.*, 842 F. App'x 16, 16 (9th

12 Cir. 2021).  No notice of appeal was timely filed regarding the March 10, 2023

13 bond order, ECF No. 879, so that order is no longer held in abeyance.

14     Having determined that Defendants are entitled to recovery on the bond in

15 the full amount, the Court finds no reason to further delay execution of the order

16 directing disbursement of the surety bond issued by Hartford Fire Insurance

17 Company (ECF Nos. 47, 615).

18     Accordingly, **IT IS HEREBY ORDERED:**

19     1.   Defendants' Motion for Execution of Order 879 and Disbursement of

20 the Bond, **ECF No. 884**, is **GRANTED**.

ORDER - 3

2.  The entirety of the $3,000,000 security posted by Plaintiffs shall be disbursed to Defendants by the surety provider.

**IT IS SO ORDERED.** The District Court Clerk is directed to enter this order and to provide copies to counsel.

**DATED** June 1, 2023.

_____
LONNY R. SUKO
Senior United States District Judge

ORDER - 4