AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 01, 2023

SEAN F. McAVOY, CLERK

OTR WHEEL ENGINEERING, INC., BLACKSMITH OTR, LLC, AND F.B.T. ENTERPRISES, INC., )
)
)
*Plaintiffs* )
)  Civil Action No. 2:14-CV-00085-LRS
v. )
)
WEST WORLDWIDE SERVICES, INC., and SAMUEL J. WEST, individually and his marital community, SSL Holdings, Inc., SSL Global, Inc., SSL China LLC, and Qingdao STW Tire Co., Ltd

*Defendants*

## THIRD AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the **plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:
Judgment for Defendants against Plaintiffs on Lanham Act trade dress infringement claim re '169 registration, Lanham Act trade dress infringement claim re '821 registration, trade secrets claim, and on claim of tortious interference with a contract between OTR and Genie. The United States Patent and trademark office (USPTO) is directed to cancel Trademark Registration Nos. 4,220,169 and 2652821.

Judgment for Plaintiffs against Defendants on Lanham Act false designation of origin claim re "Outrigger" trademark name (Registration No. 2,288,934), Washington Consumer Protection Act claim, and on claims of tortious interference with a business relationship between OTR and Genie, tortious interference with a contract between Solideal and SuperHawk, and tortious interference with a business relationship between SuperHawk and Solideal and OTR. $967,015.00 in actual damages awarded in favor of Plaintiffs against Defendants. Beginning June 30, 2016, Plaintiffs are awarded post-judgment interest at the rate authorized by 28 U.S.C. § 1961(a).

Attorney fees in the amount of $1,183,717.45, and costs in the amount of $23,729.87 awarded in favor of Plaintiffs against Defendants.

Beginning March 10, 2023, Plaintiffs are awarded post-judgment interest on attorney fees and costs at the rate authorized by 28 U.S.C. § 1961(a).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   LONNY R. SUKO   Plaintiffs' Rule 59 Motion to Amend Judgment.

Date:   6/1/2023

CLERK OF COURT

SEAN F. McAVOY

s/ Ruby Mendoza
*(By) Deputy Clerk*

Ruby Mendoza