FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 02, 2023

SEAN F. McAVOY, CLERK

RHETT V. BARNEY, WSBA #44764
ETHAN B. VODDE, WSBA #55400
LEE & HAYES, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, WA 99201
Phone: (509) 324-9256; Fax: (509) 323-8979

ROBERT J. CARLSON, WSBA #18455
LEE & HAYES, P.C.
One Convention Place
701 Pike Street, Ste. 1600
Seattle, WA 98101
Phone: (206) 315-4001; Fax (206) 315-4004

JOEL D. BERTOCCHI (IL Bar No. 6227292)
*Admitted Pro Hac Vice*
AKERMAN LLP
71 South Wacker Drive, 47th Floor
Chicago, IL 60606
Phone: (312) 634-5700

*Counsel for Plaintiffs OTR Wheel Engineering, Inc., Blacksmith OTR, LLC, and F. B. T. Enterprises, Inc.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| OTR WHEEL ENGINEERING, INC., BLACKSMITH OTR, LLC, and F. B. T. ENTERPRISES, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>WEST WORLDWIDE SERVICES, INC., SAMUEL J. WEST, individually, and his marital community; SSL Holdings, Inc.; SSL Global Inc.; SSL China LLC; and Qingdao STW Tire Co. Ltd.;<br><br>Defendants. | No. 2:14-CV-00085-LRS<br><br>NOTICE OF APPEAL OF PLAINTIFF BLACKSMITH OTR, LLC |

# NOTICE OF APPEAL

Plaintiff Blacksmith OTR, LLC gives notice that pursuant to 28 U.S.C. §1291, it appeals to the United States Court of Appeals for the Ninth Circuit the Third Amended Judgment entered June 1, 2023, ECF No. 893, specifically certain rulings and findings associated with, related to, supportive of, subsumed within, or necessary to said Judgment, including without limitation the Order Granting Defendants' Motion for Execution of Order 879 and Disbursement of the Bond, ECF No. 891, Order Granting in Part Plaintiffs' Rule 59 Motion to Amend Judgment, ECF No. 892, and SEALED Order Granting in Part and Denying in Part Defendants' Renewed Motion for Recovery of Cash Bond, ECF No. 879.

The Plaintiffs' Representation Statement is attached to this Notice, as required by Ninth Circuit Rule 3-2(b).

Respectfully submitted this 2nd day of June, 2023.

     s/ Robert J. Carlson
Robert J. Carlson, WSBA#18455
Lee & Hayes, P.C.
One Convention Place
701 Pike Street, Ste. 1600
Seattle, WA 98101
Phone: (206) 315-4001
Fax (206) 315-4004
Email:    bob@leehayes.com

Rhett V. Barney, WSBA #44764
Lee & Hayes, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, WA 99201
Phone: (509) 324-9256
Fax: (509) 323-8979
Emails:    rhettb@leehayes.com

NOTICE OF APPEAL - 1

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

Joel D. Bertocchi (IL Bar No. 6227292)
*Admitted Pro Hac Vice*
Akerman LLP
71 South Wacker Drive, 47th Floor
Chicago, IL 60606
Phone: (312) 634-5700
Email: joel.bertocchi@akerman.com

*Attorneys for Plaintiffs OTR Wheel Engineering, Inc., Blacksmith OTR, LLC, and F. B. T. Enterprises, Inc.*

NOTICE OF APPEAL - 2

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

# CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2023, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

s/ Robert J. Carlson
Robert J. Carlson, WSBA #18455
Lee & Hayes, P.C.
One Convention Place
701 Pike Street, Ste. 1600
Seattle, WA 98101
Phone: (206) 315-4001
Fax (206) 315-4004
Email:    bob@leehayes.com

NOTICE OF APPEAL - 3

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

BLACKSMITH OTR, LLC

Plaintiff - Appellant

v.

WEST WORLDWIDE SERVICES, INC., SAMUEL J. WEST, SSL HOLDINGS, INC., SSL GLOBAL INC., SSL CHINA LLC, AND QINGDAO STW TIRE CO. LTD.

Defendants - Appellees

APPEAL FROM THE U.S. DISTRICT COURT FOR EASTERN DIST. OF WASHINGTON, SPOKANE DIV., No. 2:14-CV-00085-LRS

APPELLANT BLACKSMITH OTR, LLC'S REPRESENTATION STATEMENT

Pursuant to Ninth Circuit Rule 3-2(b), Appellant Blacksmith OTR, LLC identifies the following parties to this action and their counsel of record in the U.S. District Court for the Eastern District of Washington.

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

A. Plaintiff - Appellant Blacksmith OTR, LLC:

Robert J. Carlson
LEE & HAYES, PC
One Convention Place
701 Pike Street
Suite 1600
Seattle, WA 98101
(206) 315-4001
carlson@leehayes.com

Joel D. Bertocchi
*Admitted Pro Hac Vice*
AKERMAN LLP
71 South Wacker Drive, 47th Floor
Chicago, IL 60606
(312) 634-5700
joel.bertocchi@akerman.com

B. Defendants - Appellees West Worldwide Services, Inc., Samuel J. West, SSL Holdings, Inc., SSL China LLC; and Qingdao STW Tire Co. Ltd.:

John J. White
Kevin B. Hansen
PETERSON RUSSELL KELLY
LIVENGOOD, PLLC
10900 ne 4TH Street, Suite 1850
Bellevue, WA 98004
(425) 462-4700
jwhite@prklaw.com
khansen@prklaw.com

R. Scott Johnson
Thomas M. Patton
Fredrikson & Byron, P.A.
111 East Grand Avenue, Suite 301
Des Moines, IA 50309
(515) 242-8930
rsjohnson@fredlaw.com
tpatton@fredlaw.com

Respectfully submitted this 2nd day of June, 2023.

 s/ Robert J. Carlson
Robert J. Carlson, WSBA#18455
Lee & Hayes, P.C.
One Convention Place
701 Pike Street, Ste. 1600
Seattle, WA 98101
Phone: (206) 315-4001

APPELLEES' REPRESENTATION STATEMENT - 1

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979

Fax (206) 315-4004
Email:   bob@leehayes.com

Rhett V. Barney, WSBA #44764
Lee & Hayes, P.C.
601 W. Riverside Avenue, Suite 1400
Spokane, WA 99201
Phone: (509) 324-9256
Fax: (509) 323-8979
Email:   rhettb@leehayes.com

Joel D. Bertocchi (IL Bar No. 6227292)
*Admitted Pro Hac Vice*
Akerman LLP
71 South Wacker Drive, 47th Floor
Chicago, IL 60606
Phone: (312) 634-5700
Email: joel.bertocchi@akerman.com

*Attorneys for Appellant Blacksmith OTR, LLC*

APPELLEES' REPRESENTATION STATEMENT - 2

LEE & HAYES, P.C.
601 West Riverside Avenue, Suite 1400
Spokane, Washington 99201
Telephone: (509) 324-9256 Fax: (509) 323-8979