1    John J. White
2    Kevin B. Hansen
      Peterson Russell Kelly Livengood, PLLC
3    10900 NE 4th Street, Suite 1850
4    Bellevue, WA 98004
      Ph: 425-462-4700; Fax: 425-451-0714
5    Email: jwhite@prklaw.com; khansen@prklaw.com

6
7    R. Scott Johnson
      Thomas M. Patton
8    Fredrikson & Byron, P.A.
      111 East Grand Avenue, Suite 301
9    Des Moines, IA 50309
10    Ph: 515-242-8930; Fax: 515-242-8950
      Email: rsjohnson@fredlaw.com; tpatton@fredlaw.com
11

12    *Attorneys for Defendants*

13
14              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| 15   OTR WHEEL ENGINEERING, | NO. 2:14-CV-085-LRS |
| 16   INC., BLACKSTONE/OTR, LLC, | |
|       and F. B. T. ENTERPRISES, INC., | DEFENDANTS' NOTICE OF CROSS-APPEAL |
| 17               Plaintiffs, | |
| 18   v. | |
|       WEST WORLDWIDE SERVICES, | |
| 19   INC., SAMUEL J. WEST, | |
| 20   individually, and his marital | |
|       community; SSL HOLDINGS, INC.; | |
| 21   SSL CHINA LLC; and QINGDAO | |
| 22   STW TIRE CO. LTD., | |
|               Defendants. | |

23
24
25

DEFENDANTS' NOTICE OF CROSS-APPEAL - 1

1  Notice is hereby given that Defendants' West Worldwide Services, Inc., Samuel J. West, SSL Holdings, Inc., and Qingdao STW Tire Co. Ltd. appeal to the United States Court of Appeals for the Ninth Circuit from the Judgment entered in this action on March 10, 2023, as amended on June 1, 2023 (ECF 893), and from all underlying adverse opinions, rulings, findings, conclusions, and orders in this case, including ECF 892. Specifically, Defendants appeal the award and amount of attorneys' fees awarded to Plaintiff.

Defendants also appeal the Court's amended judgment, and, to the extent Plaintiffs' appeal of ECF 879 is timely (it is not), the Court's bond order, at least because both fail to recognize the Court's prior offsetting of the judgment against the bond.

Defendants' Representation Statement is attached to this Notice, as required by Ninth Circuit Rule 3-2(b).

DEFENDANTS' NOTICE OF CROSS-APPEAL - 2

PETERSON RUSSELL KELLY LIVENGOOD, PLLC
10900 NE 4TH STREET, SUITE 1985
BELLEVUE, WASHINGTON 98004
PHONE: (425) 462-4700   FAX: (425) 451-0714

| | |
|---|---|
| Date: June 15, 2023 | Respectfully submitted, |
| | /s/ R. Scott Johnson |
| | R. Scott Johnson |
| | Thomas M. Patton |
| | Brandon R. Underwood |
| | *Admitted Pro Hac Vice* |
| | Fredrikson & Byron, P.A. |
| | 111 East Grand Avenue, Suite 301 |
| | Des Moines, IA 50309 |
| | Ph: 515-242-8930 |
| | Fax: 515-242-8950 |
| | Email: rsjohnson@fredlaw.com; tpatton@fredlaw.com; bunderwood@fredlaw.com |
| | |
| | John J. White, WSBA #13682 |
| | Kevin B. Hansen, WSBA #28349 |
| | Peterson Russell Kelly Livengood, PLLC |
| | 10900 NE 4th Street, Suite 1850 |
| | Bellevue, WA 98004 |
| | Ph: 425-462-4700; Fax: 425-451-0714 |
| | Email: jwhite@prklaw.com; khansen@prklaw.com |
| | |
| | Counsel for Defendants |

DEFENDANTS' NOTICE OF CROSS-APPEAL - 3

PETERSON RUSSELL KELLY LIVENGOOD, PLLC
10900 NE 4TH STREET, SUITE 1985
BELLEVUE, WASHINGTON 98004
PHONE: (425) 462-4700  FAX: (425) 451-0714

# REPRESENTATION STATEMENT

Pursuant to Ninth Circuit Rule 3-2(b), Defendants WEST WORLDWIDE SERVICES, INC., SAMUEL J. WEST, individually, and his marital community, SSL Holdings, Inc., SSL Global Inc., SSL China LLC, and Qingdao STW Tire Co. Ltd. identify the following parties to this action and their counsel of record:

Defendants/Appellees WEST WORLDWIDE SERVICES, INC., SAMUEL J. WEST, individually, and his marital community, SSL Holdings, Inc., SSL Global Inc., SSL China LLC, and Qingdao STW Tire Co. Ltd.:

John J. White
Kevin B. Hansen
PETERSON RUSSELL KELLY LIVENGOOD, PLLC
10900 NE 4th Street, Suite 1850
Bellevue, WA 98004
(425) 462-4700
jwhite@prklaw.com
khansen@prklaw.com

R. Scott Johnson
Thomas M. Patton
Brandon R. Underwood
*Admitted Pro Hac Vice*
Fredrikson & Byron, P.A.
111 E. Grand Avenue, Suite 301
Des Moines, IA 50309
(515) 242-8900
rsjohnson@fredlaw.com
tpatton@fredlaw.com
bunderwood@fredlaw.com

Respectfully submitted,

Date: June 15, 2023

/s/ R. Scott Johnson

DEFENDANTS' NOTICE OF CROSS-APPEAL - 4

PETERSON RUSSELL KELLY LIVENGOOD, PLLC
10900 NE 4TH STREET, SUITE 1985
BELLEVUE, WASHINGTON 98004
PHONE: (425) 462-4700   FAX: (425) 451-0714

R. Scott Johnson
Thomas M. Patton
Brandon R. Underwood
*Admitted Pro Hac Vice*
Fredrikson & Byron, P.A.
111 East Grand Avenue, Suite 301
Des Moines, IA 50309
Ph: 515-242-8930
Fax: 515-242-8950
Email: rsjohnson@fredlaw.com; tpatton@fredlaw.com; bunderwood@fredlaw.com

John J. White, WSBA #13682
Kevin B. Hansen, WSBA #28349
Peterson Russell Kelly Livengood, PLLC
10900 NE 4th Street, Suite 1850
Bellevue, WA 98004
Ph: 425-462-4700; Fax: 425-451-0714
Email: jwhite@prklaw.com; khansen@prklaw.com

Counsel for Defendants/Appellees

DEFENDANTS' NOTICE OF CROSS-APPEAL - 5

PETERSON RUSSELL KELLY LIVENGOOD, PLLC
10900 NE 4TH STREET, SUITE 1985
BELLEVUE, WASHINGTON 98004
PHONE: (425) 462-4700   FAX: (425) 451-0714

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2023, I filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following:

Robert J. Carlson
LEE & HAYES, PLLC
701 Pike Street, Suite 1600
Seattle, WA 98101
Email: bob@leehayes.com

J. Christopher Lynch
Rhett V. Barney
Ethan B. Vodde
LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, WA  99201
Email:  chris@leehayes.com
Email:  rhettb@leehayes.com
Email: ethan.vodde@leehayes.com

Joel D. Bertocchi
AKERMAN LLP
71 South Wacker Drive, 47th Floor
Chicago, IL 60606
Email: joel.bertocchi@akerman.com

Counsel for Plaintiffs OTR Wheel Engineering, Inc., Blackstone/OTR, LLC, And F. B. T. Enterprises, Inc.

/s/ R. Scott Johnson
R. Scott Johnson

DEFENDANTS' NOTICE OF CROSS-APPEAL - 6

PETERSON RUSSELL KELLY LIVENGOOD, PLLC
10900 NE 4TH STREET, SUITE 1985
BELLEVUE, WASHINGTON  98004
PHONE: (425) 462-4700   FAX: (425) 451-0714