Kevin B. Hansen
John J. White
Peterson Russell Kelly Livengood, PLLC
10900 NE 4th Street, Suite 1850
Bellevue, WA 98004
Ph: 425-462-4700; Fax: 425-451-0714
Email: jwhite@prklaw.com; khansen@prklaw.com

R. Scott Johnson
Thomas M. Patton
Cara Donels
Fredrikson & Byron, P.A.
111 East Grand Avenue, Suite 301
Des Moines, IA 50309
Ph: 515-242-8930; Fax: 515-242-8950
Email: rsjohnson@fredlaw.com; caradonels@fredlaw.com; tpatton@fredlaw.com;

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| OTR WHEEL ENGINEERING, INC., BLACKSTONE/OTR, LLC, and F. B. T. ENTERPRISES, INC., <br> Plaintiffs, <br> v. <br> WEST WORLDWIDE SERVICES, INC., SAMUEL J. WEST, individually, and his marital community; SSL HOLDINGS, INC.; SSL CHINA LLC; and QINGDAO STW TIRE CO. LTD., <br> Defendants. | NO. 2:14-CV-085-LRS <br><br> DEFENDANTS' NOTICE OF APPEAL |

DEFENDANTS' NOTICE OF APPEAL - 1

PETERSON RUSSELL KELLY LIVENGOOD, PLLC
10900 NE 4TH STREET, SUITE 1985
BELLEVUE, WASHINGTON 98004
PHONE: (425) 462-4700  FAX: (425) 451-0714

Notice is hereby given that defendants West Worldwide Services, Inc., Samuel J. West, SSL Holdings, Inc. and Qingdao STW Tire Co. Ltd. appeal to the United States Court of Appeals for the Ninth Circuit from the Order entered in this action on July 12, 2023 (ECF 913), the Order entered on March 10, 2023 (ECF 879), and all underlying adverse opinions, rulings, findings, conclusions, and orders in this case. Specifically, Defendants appeal the denial of interest on the Preliminary Injunction bond from its dispersal date through the forthcoming appeals and the denial of the portion of its Motion for Recover of Cash Bond regarding offsetting the judgment.

Defendants' Representation Statement is attached to this Notice, as required by Ninth Circuit Rule 3-2(b).

Date: June 26, 2023

Respectfully submitted,

*/s/ Kevin B. Hansen*
Kevin B. Hansen, WSBA #28349
John J. White, WSBA #13682
Peterson Russell Kelly Livengood, PLLC
10900 NE 4th Street, Suite 1850
Bellevue, WA 98004
Ph: 425-462-4700; Fax: 425-451-0714
Email: jwhite@prklaw.com; khansen@prklaw.com

R. Scott Johnson
Thomas M. Patton
Cara Donels
Brandon R. Underwood
*Admitted Pro Hac Vice*
Fredrikson & Byron, P.A.
111 East Grand Avenue, Suite 301
Des Moines, IA 50309
Ph: 515-242-8930
Fax: 515-242-8950

DEFENDANTS' NOTICE OF APPEAL - 2

Email: rsjohnson@fredlaw.com; tpatton@fredlaw.com; cdonels@fredlaw.com; bunderwood@fredlaw.com

Counsel for Defendants

DEFENDANTS' NOTICE OF APPEAL - 3

PETERSON RUSSELL KELLY LIVENGOOD, PLLC
10900 NE 4TH STREET, SUITE 1985
BELLEVUE, WASHINGTON 98004
PHONE: (425) 462-4700   FAX: (425) 451-0714

# CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2023, I filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following:

Robert J. Carlson
LEE & HAYES, PLLC
701 Pike Street, Suite 1600
Seattle, WA 98101
Email: bob@leehayes.com

J. Christopher Lynch
Rhett V. Barney
Ethan B. Vodde
LEE & HAYES, PLLC
601 West Riverside Avenue, Suite 1400
Spokane, WA  99201
Email:  chris@leehayes.com
Email:  rhettb@leehayes.com
Email: ethan.vodde@leehayes.com

Joel D. Bertocchi
AKERMAN LLP
71 South Wacker Drive, 47th Floor
Chicago, IL 60606
Email: joel.bertocchi@akerman.com

Counsel for Plaintiffs OTR Wheel Engineering, Inc., Blackstone/OTR, LLC, And F. B. T. Enterprises, Inc.

　　　　　　　　　　　　　　　　　*/s/ Jenny Lebeau*
　　　　　　　　　　　　　　　　　Jenny Lebeau, Paralegal
　　　　　　　　　　　　　　　　　Peterson Russell Kelly Livengood PLLC
　　　　　　　　　　　　　　　　　E: jlebeau@prklaw.com

DEFENDANTS' NOTICE OF APPEAL - 4