UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 19 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BLACKSMITH OTR, LLC, | No. 23-35396 |
| Plaintiff-Appellant, | D.C. No. 2:14-cv-00085-LRS |
| and | Eastern District of Washington, Spokane |
| OTR WHEEL ENGINEERING, INC.; F. B. T. ENTERPRISES, INC., | ORDER |
| Plaintiffs, | |
| v. | |
| WEST WORLDWIDE SERVICES, INC.; et al., | |
| Defendants-Appellees. | |

| | |
|---|---|
| BLACKSMITH OTR, LLC, | No. 23-35419 |
| Plaintiff-Appellee, | D.C. No. 2:14-cv-00085-LRS |
| and | |
| OTR WHEEL ENGINEERING, INC.; F. B. T. ENTERPRISES, INC., | |
| Plaintiffs, | |
| v. | |
| WEST WORLDWIDE SERVICES, INC.; et al., | |

|                                         |                           |
|-----------------------------------------|---------------------------|
| Defendants-Appellants.                  |                           |

| OTR WHEEL ENGINEERING, INC.; et al., | No. 23-35514 |
|---|---|
| Plaintiffs-Appellees, | D.C. No. 2:14-cv-00085-LRS |
| v. | |
| WEST WORLDWIDE SERVICES, INC.; et al., | |
| Defendants-Appellants. | |

Pursuant to the court's January 12, 2024 order, these appeals are deemed dismissed voluntarily. Fed. R. App. P. 42(b).

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Roxane Ashe
Circuit Mediator

2